IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3137 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TORRIA KAE GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)   The defendant's motion to continue her change of plea hearing (filing no. 22), is granted in part.

2)   The defendant's plea hearing will be conducted before the undersigned magistrate judge on April 20, 2012 at 10:30 a.m. The defendant is ordered to appear at this hearing.

3)   Based on the showing set forth in the defendant's motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 20, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

4)   The defendant has no ties to Nebraska and has ongoing and untreated substance abuse issues. (See filing no. 16 (Pretrial Services Report), and filing no. 20 (defendant's substance abuse evaluation)). The Court therefore finds the defendant poses a risk of flight and a danger to the community if released, and the court is not currently aware of any pretrial release conditions which will sufficiently ameliorate these risks. The government's motion to detain, (filing no. 11), is granted and the defendant will be detained.

DATED this 5th day of April, 2012.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge