IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3137 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TORRIA KAE GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court has conferred with counsel for the parties. After hearing their explanation for the delay, the court is convinced the attorneys in this district have been diligent in attempting to finalize plea discussions and associated documents. However, additional time is needed to finalize the terms of the parties' plea agreement.

Accordingly,

IT IS ORDERED:

1) The defendant's unopposed oral motion to continue defendant's change of plea hearing, (filing no. 26), is granted.

2) A status hearing regarding the defendant's plea hearing will be held before the undersigned magistrate judge on June 15, 2012 at 2:00 p.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the anticipated change of plea hearing shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

May 16, 2012.                          BY THE COURT:

                                       *s/ Cheryl R. Zwart*
                                       United States Magistrate Judge